IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

Vs.                          CASE NO.  4:06cr00275-01 JMM

CRYSTAL SHANESE DAVIS                                                       DEFENDANT

ORDER

Defendant appeared this date, on a hearing on the United States' motion to revoke supervised release (docket entry #40).  Without objection by the United States, the motion to revoke is denied.

Defendant's supervised release is modified to require that she file an amended United States Individual Income Tax Return for 2007, within ninety (90) days of this order. Defendant is directed to show proof to the United States Probation Officer that the amended tax return has been filed.  All other conditions previously imposed remain in effect.  Defendant is reminded that she is not to associate with any person convicted of a felony, including Roger Stephenson, unless she receives permission by the probation officer.

The Clerk is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED THIS 3rd day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE